IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
ALBANY DIVISION

| | | |
|---|---|---|
| TODD DEARISO, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION FILE NO. |
| | ) | 1:20-CV-236 (LAG) |
| DOUGHERTY COUNTY SCHOOL SYSTEM, et al., | ) | |
| | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE

COME NOW Plaintiff Todd Deariso ("Plaintiff") and Defendants Dougherty County School System, Kenneth Dyer, Rodney Bullard, and Ufot Inyang ("Defendants"), by counsel, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii); and hereby stipulate that the above-styled action should be dismissed in its entirety with prejudice. Plaintiff and Defendants agree to bear their own attorneys' fees and costs associated with this action.

Respectfully submitted this 15th day of September, 2021.

| | |
|---|---|
| */s/ Edward D. Buckley* | */s/ Franklin T. Coleman, IV* |
| Edward D. Buckley | Franklin T. Coleman, IV |
| GA Bar No. 092750 | GA Bar No. 177580 |
| edbuckley@buckleybeal.com | colemanf@deflaw.com |
| Alessandra T. Palazzolo | |
| GA Bar No. 485399 | Drew Eckl Farnham |
| apalazzolo@buckleybeal.com | 1604 W. Third Avenue |
| | Albany, GA 31707 |
| Buckley Beal LLP | Tel.: (229) 431-3036 |
| 600 Peachtree Street NE, Suite 3900 | Fax: (229) 431-2249 |
| Atlanta, GA 30308 | |
| Tel: (404) 781-1100 | *Counsel for Defendants* |
| Fax: (404) 781-1101 | |
| | |
| *Counsel for Plaintiff* | |

# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

| | |
|---|---|
| TODD DEARISO, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION FILE NO. |
| | ) 1:20-CV-236 (LAG) |
| DOUGHERTY COUNTY SCHOOL | ) |
| SYSTEM, et al., | ) |
| | ) |
| Defendants. | ) |

## CERTIFICATE OF SERVICE

I hereby certify that I electronically filed the foregoing **STIPULATION OF DISMISSAL WITH PREJUDICE** with the Clerk of Court using the CM/ECF system, which will automatically send email notification of such filing to all attorneys of record:

Respectfully submitted, this 15th day of September, 2021

*/s/ Edward D. Buckley*
Edward D. Buckley
GA Bar No. 092750